```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 23560
    BARRY M SAWYER
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-1483


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 06/22/2004 and was confirmed 08/18/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  24.92%.

    The case was paid in full 08/22/2007.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
ASPIRE                      UNSECURED OTH    2096.49          .00          521.71
BANK ONE DELAWARE           UNSECURED        9535.18          .00         2376.45
CAPITAL ONE BANK            UNSECURED       NOT FILED         .00            .00
CAPITAL ONE BANK            UNSECURED       NOT FILED         .00            .00
CAPITAL ONE BANK            UNSECURED       NOT FILED         .00            .00
CAPITAL ONE BANK            UNSECURED       NOT FILED         .00            .00
CAPITAL ONE BANK            UNSECURED       NOT FILED         .00            .00
CAPITAL ONE BANK            UNSECURED       NOT FILED         .00            .00
CAPITAL ONE BANK            UNSECURED       NOT FILED         .00            .00
ECAST SETTLEMENT CORP       UNSECURED       10238.16          .00         2551.66
EMERGE MASTERCARD           UNSECURED       NOT FILED         .00            .00
FLEET                       UNSECURED       NOT FILED         .00            .00
HOUSEHOLD BANK              UNSECURED       NOT FILED         .00            .00
HOUSEHOLD CREDIT            UNSECURED       NOT FILED         .00            .00
NEXTCARD                    UNSECURED OTH    3306.40          .00          825.54
RESURGENT ACQUISITION LL    UNSECURED OTH    1949.44          .00          485.04
RESURGENT ACQUISITION LL    UNSECURED        3228.81          .00          804.72
ZIONS BANK                  UNSECURED       NOT FILED         .00            .00
JOSEPH WROBEL               DEBTOR ATTY      960.00                        960.00
TOM VAUGHN                  TRUSTEE                                        474.97
DEBTOR REFUND               REFUND                                         249.91

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               9,250.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                    7,565.12
ADMINISTRATIVE                                 960.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 23560 BARRY M SAWYER
```

```
TRUSTEE COMPENSATION                                              474.97
DEBTOR REFUND                                                     249.91
                                       ----------------   ----------------
TOTALS                                        9,250.00           9,250.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
  Dated: 11/29/07                  _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE